UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLINTON CHEEKS,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

_____/

Case No. 1:21-cv-283

HONORABLE PAUL L. MALONEY

## ORDER OF RECUSAL

I recuse myself under 28 U.S.C. § 455(a) from further participation in this case. The Clerk of Court shall reassign this case to another District Judge in accordance with the approved procedure.

**IT IS SO ORDERED**.

Dated: April 8, 2021

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge